**2007–2016. State v. Sowards.**
Gallia App. No. 06CA13, 2007-Ohio-4863. On emergency motion to stay execution of sentence. Motion denied.
MOYER, C.J., dissents.

**2007–2089. Stutes v. Harris.**
Greene App. No. 2007–CA–29. On motion for stay of proceedings of court of appeals and court of common pleas. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2007–1455. Beneficial Ohio, Inc. v. Ellis.**
Trumbull App. No. 2006–T–0040, 2007-Ohio-3197.
PFEIFER and O'DONNELL, JJ., dissent.
CUPP, J., not participating.

**2007–1462. State v. Bartholomew.**
Crawford App. No. 3–06–16, 2007-Ohio-3130. Discretionary appeal accepted.
PFEIFER and LANZINGER, JJ., dissent.
Motion for admission pro hac vice of Benjamin C. Mizer by William P. Marshall granted.

**2007–1475. State v. Roberts.**
Hamilton App. No. C–060675.
O'DONNELL and CUPP, JJ., dissent.

**2007–1478. State v. Jeffries.**
Lake App. No. 2005–L–057, 2007-Ohio-3366.
PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.

**2007–1545. In re Guardianship of Santrucek.**
Licking App. No. 06 CA 130, 2007-Ohio-3427.
LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent.

**2007–1546. In re Guardianship of Richardson.**
Montgomery App. No. 22000, 172 Ohio App.3d 410, 2007-Ohio-3462. Discretionary appeal accepted on Proposition of Law No. II.
MOYER, C.J., and CUPP, J., would also accept the appeal on Proposition of Law No. I.
O'DONNELL, J., would also accept the appeal on Proposition of Law Nos. I and III.
PFEIFER, LUNDBERG STRATTON, and O'CONNOR, JJ., dissent.

**2007–1588. Thorton v. Montville Plastics & Rubber, Inc.**
Geauga App. No. 2006–G–2744, 2007-Ohio-3475. Discretionary appeal accepted. Motion of appellee Robert Thorton to join in the memorandum in response of appellee Administrator, Bureau of Workers' Compensation granted.
PFEIFER, LANZINGER, and CUPP, JJ., dissent.

**2007–1605. State v. Pierce.**
Cuyahoga App. No. 88470, 2007-Ohio-3665. Discretionary appeal accepted on Proposition of Law Nos. III and IV; cause held for the decision in 2006–2187, *Hyle v. Porter*, Hamilton App. No. C–050768, 170 Ohio App.3d 710, 2006-Ohio-5454; and briefing schedule stayed.
MOYER, C.J., and LUNDBERG STRATTON, J., would accept the appeal on Proposition of Law No. III only.
PFEIFER and O'DONNELL, JJ., would also accept the appeal on all other Propositions of Law.
LANZINGER, J., would also accept the appeal on Proposition of Law Nos. V and VI.
CUPP, J., would accept the appeal on Proposition of Law Nos. I and II without holding.